STATE OF MISSOURI, Plaintiff in Error, v. JOHN WILKSON, Defendant in Error.

St. Louis Court of Appeals, April 20, 1909.

APPELLATE PRACTICE: *Order Quashing Information: Writ of Error.* A writ of error will not lie from an order quashing an information.

Appeal from St. Francois Circuit Court.—*Hon. Chas. A. Killian,* Judge.

DISMISSED.

*R. C. Tucker* for plaintiff in error.

*Marbury & Hensley* and *Edward A. Rozier* for defendant in error.

The State can prosecute a writ of error in the Court of Appeals, only in cases where the statute authorizes an appeal; and the statute nowhere authorizes the State to appeal, or to a writ of error from the ruling of the court in quashing an information in a prosecution for misdemeanor. R. S. 1899, sec. 2708, 2709; State v. Beagles, 174 Mo. 627; State v. Rozelle, 174 Mo. 632; State v. Ross, 119 Mo. App. 401; State v. Adams, 193, Mo. 200; State v. Cornelius, 143 Mo. 179; State v. Carr, 142 Mo. 607; State v. Clipper, 142 Mo. 475.

GOODE, J.—This is a writ of error from a judgment of the circuit court quashing an information against defendant wherein he was charged with selling intoxicating liquors, to-wit, two kegs of beer and a half-gallon of whisky, in St. Francois county, contrary to the statutes against the sale of intoxicating liquors, which had been adopted in said county, being commonly known as the local option law and consisting of article III, chap-

ter 22, of the Revised Statutes of 1899. The writ must be dismissed because a writ of error will not lie from an order quashing an information. [State v. Rozelle, 174 Mo. 632, State v. Adams, 193 Mo. 200; State v. Ross, 119 Mo. App. 401, 403.] All concur.